**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed January 30, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00053-CR

_____

## IN RE TROY LEE BRIDGES, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**344th District Court**
**Chambers County, Texas**
**Trial Court Cause No. 17438**

---

## MEMORANDUM OPINION

On January 23, 2020, relator Troy Lee Bridges filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asserts that the Honorable Randy McDonald, presiding judge of the 344th District Court of Chambers County, abused his discretion by constructively amending the indictment, which did not contain enhancement

paragraphs, and assessing relator's sentence as a habitual offender. Relator asks this court to "issue a writ of mandamus to correct this fundamental error."

Relator is seeking post-conviction habeas corpus relief. While the courts of appeals have mandamus jurisdiction in criminal matters, only the Texas Court of Criminal Appeals has jurisdiction to grant relief in a post-conviction habeas corpus proceeding. *Padieu v. Court of Appeals of Tex., Fifth Dist.*, 392 S.W.3d 115, 117 (Tex. Crim. App. 2013); *Ater v. Eighth Court of Appeals*, 802 S.W.3d 241, 243 (Tex. Crim. App. 1991). Therefore, this court has no jurisdiction over relator's request for relief.

Accordingly, we dismiss relator's petition for lack of jurisdiction.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.
Do Not Publish — Tex. R. App. P. 47.2(b).